```
            IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE


STEVEN PATRICK THOMPSON,      )
                              )
          Plaintiff,          )
                              )
     v.                       )  Civ. No.  07-72-SLR
                              )
TARGET STORES INC.,           )
                              )
          Defendant.          )
```

O R D E R

At Wilmington this 16th day of February, 2007, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $27,600.00 (D.I. 1)

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                              *[signature]*
                                        United States District Judge