**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STEVEN PATRICK THOMPSON, | ) | |
| *pro se,* | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-72 (SLR) |
| | ) | |
| TARGET STORES, *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO QUASH AND TO DISMISS FOR**
**INSUFFICIENT PROCESS AND INSUFFICIENT SERVICE OF PROCESS**

Defendant Target Corporation, incorrectly named above as "Target Stores, Inc.",

hereby moves, pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(4), and 12(b)(5), to quash

service of process and to dismiss Plaintiff's complaint for insufficiency of process and

insufficiency of service of process. The grounds for this Motion are more fully set forth

in Defendant's Opening Brief in support of this Motion, filed contemporaneously

herewith.

POTTER ANDERSON & CORROON LLP

By _____

Jennifer Gimler Brady (Del. Bar 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com - Email

OF COUNSEL:

John M. Remy, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-4306 – Telephone
(702) 821-2267 – Facsimile
remyj@jacksonlewis.com - Email

*Attorneys for Defendant Target Corporation*

Dated: February 28, 2007
780241v1 / 31231

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STEVEN PATRICK THOMPSON, | ) | |
| *pro se,* | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-72 (SLR) |
| | ) | |
| TARGET STORES, *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, having considered the Defendant's Motion to Dismiss and all papers and arguments submitted in support thereof and in opposition thereto, and finding good cause,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion is GRANTED, and Plaintiff Steven Patrick Thompson's complaint is DISMISSED, with prejudice.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 28th day of February, 2007, that the foregoing **MOTION TO QUASH AND TO DISMISS FOR INSUFFICIENT PROCESS AND INSUFFICIENT SERVICE OF PROCESS** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies thereof were mailed via First Class Mail, Postage Prepaid to the following:

Steven Patrick Thompson
306 Shipley Road, Apt., #611
Wilmington, DE 19809

Jennifer Gimler Brady (Del. Bar 2874)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com

*Attorney for Defendant Target Corporation*