IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN PATRICK THOMPSON,<br>*pro se,*<br>                Plaintiff,<br><br>      v.<br><br>TARGET STORES, *et al.*<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-72 (SLR)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel for Target Corporation, hereby certifies as follows pursuant to Federal Rule of Civil Procedure 7.1(a):

      1.    Target Corporation does not have a parent corporation and no other publicly held corporation owns 10% or more of its stock.

      2.    Publicly Held Companies: Target Corporation is publicly traded on the New York Stock Exchange.

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP<br><br>By *[signature]*<br>Jennifer Gimler Brady (Del. Bar 2874)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000 – Telephone<br>(302) 658-1192 – Facsimile<br>jbrady@potteranderson.com - Email |
| OF COUNSEL:<br><br>John M. Remy, Esquire<br>Jackson Lewis LLP<br>8614 Westwood Center Drive, Suite 950<br>Vienna, Virginia 22182<br>(703) 821-4306 – Telephone<br>(702) 821-2267 – Facsimile<br>remyj@jacksonlewis.com - Email<br><br>Dated: February 28, 2007<br>778875v1 / 31231 | *Attorneys for Defendant Target Corporation* |

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 28th day of February, 2007, that the foregoing **CORPORATE DISCLOSURE STATEMENT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies thereof were mailed via First Class Mail, Postage Prepaid to the following:

>Steven Patrick Thompson
>306 Shipley Road, Apt., #611
>Wilmington, DE  19809

>Jennifer Gimler Brady (Del. Bar 2874)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>jbrady@potteranderson.com

>*Attorney for Defendant Target Corporation*