March 9, 2007

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

                Re: Thompson v. Target Stores, Inc.,
                <u>Civ. No 07-72-SLR</u>

Dear Court Clerk:

    Please be advised that I have complied with your order of February 16, 2007 enclose in the amount of $350.00 filing fee. I have filed for a motion to proceed in forma pauperis and set forth my expenses I ask that the court reconsider my motion. It would appear based on the evidence that the court did not review the expenses and only cited my base salary. Please reinstate my motion to proceed in forma pauperis.

Respectfully submitted by

*Steven P. Thompson*
STEVEN PATRICK THOMPSON
306 SHIPLEY ROAD
APT. #611
WILMINGTON, DE 19809
973-343-8867 (cell phone)

cc: Confidential distribution

FILED
MAR 1 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Receipt # 146906

February 7, 2007

**Delaware Department of Labor
Office of Labor Enforcement
4425 N. Market Street
Wilmington, DE 19802**

**Equal Employment Opportunity Commission
Philadelphia District Office
Intake Staff Member
Bourse Building
2150 5th Street, Suite 400
Philadelphia, PA 19106**

**Dear Sir or Madam:**

  Enclose for your review is a copy of my complaint against Target Stores, et als., I ask that you conduct your investigation regarding this matter. Could you send me a copy of the rules of the Delaware Dept of Labor in filing a civil rights violations because of discrimination. I would like to know if I can go directly to court with regards to the State claim.

  I have included my intake questionnaire for EEOC. I am aware that I need a right to sue notice to litigate this matter in federal court. Could you provide me with a copy of your rules and regulations.

  Should you have any questions please contact me immediately. I thank you in advance for your cooperation.

Thank you,

*[signature: Steven P. Thompson]*

**STEVEN PATRICK THOMPSON
306 SHIPLEY ROAD
APT. #611
WILMINGTON, DE 19809**
973-343-8867 (cell phone)

cc: Confidential distribution

Patrick Thompson
306 Shipley Road
Apt. #611
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801

X-RAY