IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN PATRICK THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-72-SLR |
| ) | |
| TARGET STORES INC., ) | |
| ) | |
| Defendant. ) | |

# O R D E R

At Wilmington this 21st day of June, 2007, defendant Target Stores Inc. having filed a motion to dismiss the amended complaint (D.I. 4);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **July 20, 2007**.

2. Defendant may file and serve a reply brief on or before **August 2, 2007**.

_____
United States District Judge