IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN PATRICK THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-072-SLR ) |
| TARGET STORES, | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 16th day of August, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to quash and to dismiss for insufficiency of process and insufficiency of service of process (D.I. 4) is granted.

_____
United States District Judge